# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

The Trustees of the Minnesota Cement Masons
and Plasterers Fringe Benefit Funds,

        Plaintiffs,

vs.

BCG Construction, Inc., a Minnesota corporation,

        Defendant.

Civil File No. 06-508 DSD/SRN

**ORDER FOR JUDGMENT**

---

      The above-entitled matter came without hearing before the undersigned upon Plaintiffs' motion for entry of judgment by default against Defendant and consistent with this Court's Order dated April 21, 2006.

      Based upon the Court's Order dated April 21, 2006, the Affidavit of Stephen C. Kelly for Entry of Judgment, and all files, records and proceedings herein,

      IT IS HEREBY ORDERED that:

      The Clerk of Court shall enter judgment in favor of Plaintiffs and against the Defendant in the amount of $18,964.98.

Dated: June 20, 2006

                   s/ David S. Doty
                   David S. Doty, Judge
                   United States District Court